PHILLIP A. TALBERT
United States Attorney
W. DEAN CARTER
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
E-mail:        dean.carter@usdoj.gov
Telephone:  (916) 554-2781
Facsimile:    (916) 554-2900

Attorneys for Defendants

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRIS COFFELT DBA TLC POSTAL CENTER,<br><br>Plaintiff,<br><br>v.<br><br>VA GREATER LOS ANGELES MEDICAL CENTER; ALEXIA LUNNINGHAM,<br><br>Defendants. | No. 1:23−CV−00190−SKO<br><br>ORDER GRANTING DEFENDANTS' UNOPPOSED APPLICATION FOR EXTENSION OF TIME TO FILE RESPONSIVE PLEADING<br><br>(Doc. 4) |

Defendants apply for an extension of time to respond to Plaintiff's complaint. (Doc. 4.) Defendants indicate that Plaintiff does not object to the requested extension (*see id*.) and the time to do so has since passed.

GOOD CAUSE HAVING BEEN SHOWN, the Court hereby extends the deadline for Defendants to file a responsive pleading to Plaintiff's complaint to **May 1, 2023.**

IT IS SO ORDERED.

Dated:  **February 28, 2023**            /s/ *Sheila K. Oberto*
                                                    UNITED STATES MAGISTRATE JUDGE

1